AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case No. 23-mj157 |
| Phillip Crawford | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| | ) Date Assigned: 7/7/2023 |
| | ) Description: Complaint with Arrest Warrant |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Phillip Crawford,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111 (b)-Assaulting, Resisting or Impeding Certain Officers using a Dangerous Weapon
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disord
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging In Physical Violence in a Restricted Buildings or Grounds
40 U.S.C. § 5104(e)(2) (F)- Act of Physical Violence in the Capitol Grounds or Buildings

Date: 07/07/2023

Zia M. Faruqui
2023.07.07 14:47:20 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07-07-2023, and the person was arrested on *(date)* 07-12-2023
at *(city and state)* Pouglasville, GA.

Date: 07-12-2023

*Arresting officer's signature*

John Cordle, FBI Special Agent
*Printed name and title*