**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 23-CR-426 (JEB)** |
| | : | |
| **v.** | : | |
| | : | |
| **PHILLIP CRAWFORD,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S TRIAL BRIEF**

The United States respectfully submits this brief summarizing the government's evidence and legal issues that may be brought before the Court in advance of the June 17, 2024 trial. The defendant pled guilty to six of the eleven counts, putting this case in an unusual posture for trial; this brief is therefore an effort to inform the Court of the issues that the government expects will be presented for this Court's determination.

## I.     Charges and Elements

On March 6, 2024, the defendant was charged in an eleven-count superseding indictment alleging nine felonies and two misdemeanors. *See* ECF No. 34. On May 17, 2024 in front of this Court, the defendant pled guilty to six of those counts.[1] The following charges remain: Count 6) Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon in violation of 18 U.S.C. § 111(a) and (b); Count 7) Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon in violation of 18 U.S.C. § 1752(a)(1) & (b)(1)(A); Count 8) Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a

---

[1] The defendant pleaded guilty to Civil Disorder, in violation of 18 U.S.C. § 231(a)(3) (Count One); four counts of Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a) (Counts Two through Five); and committing an Act of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F) (Count Eleven). *See* ECF No. 52.

Deadly or Dangerous Weapon in violation of 18 U.S.C. § 1752(a)(2) & (b)(1)(A); Count 9) Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon in violation of 18 U.S.C. § 1752(a)(4) & (b)(1)(A); and Count 10) Disorderly or Disruptive Conduct in a Capitol Building 40 U.S.C. § 5104€(2)(D).

The parties are largely in agreement regarding the elements required to prove each of the charged offenses. *See* ECF 59.  The two areas of legal disagreement involve the definition of a "deadly or dangerous weapon" under 18 U.S.C. § 111(b), and the definitions of and relationship between the terms "restricted building or grounds" and "knowingly" with respect to the presence of the Vice President at the United States Capitol on January 6, 2021. *See id.*

With respect to the facts, the parties have not reached any agreement or stipulation that any of the elements of the remaining counts have been established. In other words, the government expects to introduce evidence at trial to satisfy each and every element of the five remaining counts.

## II.  Factual Background

The defendant traveled from his home state of Georgia to Washington D.C. to be present for the events on January 6, 2021. At the United States Capitol that day he wore a blue, short-sleeved t-shirt that said "Stop the Steal" over a grey, long-sleeved hoodie. He made his way from the Lower West Terrace onto some of the inaugural construction, where he gave a speech to rally the other rioters, yelling, "Hey! We're going to charge in that motherfucker! Okay?! Are y'all pussies or what? I'm looking at one, two, three, four – you ain't got no shit on us! We're all of us, come on! Hunh? I don't give a shit how many there is. Hunh? Now I'm talking…"

The defendant then pushed his way through the rioters to the front of the Lower West Terrace tunnel. As he approached, he joined other rioters in chanting, "Pull them out!" in

apparent reference to the police officers inside. Once he reached the mouth of the tunnel, between approximately 4:10 to 4:13 pm, he began indiscriminately swinging his closed fists at the uniformed police officers who were trying to prevent the rioters from breaching the building, and did indeed attempt to pull a USCP officer out of the tunnel into the angry mob.  The defendant pled guilty to four counts of assaulting, resisting, and impeding federal officers based on this conduct.

At approximately 4:13 pm, the defendant threw a fallen police gas mask at the line of uniformed officers. He used a double-handed overhead throw and was standing just feet in front of the officers. The impact of the mask is audible on MPD body worn camera footage. The defendant has pleaded not guilty to this charged assault, which is Count Six.

### III.    Summary of Evidence

As described below, the government's evidence will include videos, photos, testimony from law enforcement witnesses, statements made the defendant to the FBI during his arrest, and a USCP gas mask.

In an effort to streamline its presentation for trial and focus on the matters in dispute, the government proposed a set of stipulations including to admit prior testimony of certain witnesses or to establish jurisdictional or otherwise undisputed facts.  The defendant declined most of those proposals, but did stipulate to the following:

- The Certification of the Electoral College Vote: On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol.  During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.
  On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of

3

Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate chamber. The Senate was in recess until 8:06 p.m.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess. Representatives evacuated the House chamber. The House recessed from 2:29 p.m. to 9:02 p.m.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively. Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

- Civil Disorder: Beginning at approximately 12:53 p.m. on January 6, 2021, and continuing until approximately 6:30 p.m. on January 6, 2021, the events on the grounds of the United States Capitol constituted a public disturbance that involved acts of violence by assemblages of three or more persons. That public disturbance caused an immediate danger of, or resulted in damage or injury to, the property or person of at least one other individual.

- Admissibility of Certain Government Exhibits: The following exhibits from the government's exhibit list are authentic under Fed. R. Evid. 901 and may be admitted in the trial of this matter if otherwise relevant:

  o Exhibit 207: CCTV – West Front Time Lapse.mp4
  o Exhibit 302: VP Leaving.mp4
  o Exhibit 400A: 401 to 415 with timecode.mp4
  o Exhibit 503A: 20210106-FIRST_AMENDMENT-FIRST_ST_SE – Boyle.mp4
  o Exhibit 504A: 20210106-RIOT-CAPITAL_BUILDING – foulds.mp4
  o Exhibit 505A: 20210106-Riot-US_CAPITOL – Mastony.mp4
  o Exhibit 514: Count Six_v3.mp4

Based on these stipulations and agreements, the government intends to call three witnesses and expects its case-in-chief to last approximately one day.

**USCP Lieutenant George McCree** will provide overview testimony regarding the events of January 6, 2021, as faced by USCP, and MPD officers who were assisting USCP, in

protecting the Capitol that day. The witness will likely testify as to how the functioning of USCP and Congress was affected by the events of January 6, 2021.

The witness will also provide foundation testimony and context related to open-source footage that also captured the events of January 6, 2021. This includes footage of the aforementioned speech in Exhibit 602A and video depicting the defendant chanting "pull them out" along with other rioters at the mouth of the Lower West Terrace tunnel in Exhibit 604A.



*Exhibit 602A excerpt – Defendant Giving Speech to Rioters to "Charge in that Motherfucker!"*



*Exhibit 604A excerpt – Defendant Chanting "Pull Them Out!" With Rioters Outside of Tunnel*

The witness will also provide foundation testimony related to camera footage deriving from the USCP Closed Circuit Television (CCTV) system and audio recordings from USCP radio transmissions that day, the authenticity of which the defendant has indicated he may dispute. This witness will then describe additional context to the events shown in the montages on which this Court ruled on May 1, 2024. *See* ECF 47.

Additionally, this witness will testify about the masks used by police at the Capitol that day, including the mask that will be introduced as evidence, and the video showing the defendant throwing the mask at officers.



*Exhibit 800 – Mask Used by USCP at the January 6, 2021 Riots*



*Exhibit 400A excerpt – Defendant Raising Police Mask to Throw it at Officers Guarding Tunnel*

**United States Secret Service Inspector Lanelle Hawa** will provide overview testimony regarding the restricted area in place at the United States Capitol on January 6, 2021. The witness will likely testify that her role within the Liaison Division required her to coordinate visits of Secret Service protectees to the United States Capitol. Specifically for January 6, 2021, that included her work coordinating the visit of then-Vice President Michael Pence.

The witness will provide testimony of the evacuation and return of the Vice President to preside over the joint session of Congress. She will outline that at all times during the day, then-Vice President Pence was within the secure perimeter around the grounds of the Capitol.

**Special Agent Justin King** will likely testify that as part of his investigation, on behalf of the Federal Bureau of Investigation, he was able to use the video databases, external online sources, and other means to identify Phillip Crawford as an individual that took part in the events of January 6, 2021. Further, he will also testify as to his July 12, 2023 arrest of the defendant and the statements the defendant made pursuant to that arrest.

## IV.    Anticipated Legal Issues

Through discussions with opposing counsel regarding the trial, as well as potential resolutions short of trial, and the partial plea in this case, the government believes the primary legal issues that will be presented to this Court during trial are encompassed in the two areas of disagreement regarding the charges and elements described above. Namely, the definition of a "deadly or dangerous weapon" under 18 U.S.C. § 111(b), and the definitions of and relationship between the terms "restricted building or grounds" and "knowingly" with respect to the presence of Vice President at the United States Capitol on January 6, 2021. This Court has previously

ruled on both issues in *United States v. Easterday,* No. 22-CR-404 (JEB), Memorandum Opinion,

ECF No. 111.

## Conclusion

At trial, the government will provide evidence of the defendant's actions at the Capitol on

January 6, 2021. At the conclusion, the government will ask the Court to find the defendant

Guilty of all of the remaining counts.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Mindy Deranek*
MINDY DERANEK
Assistant United States Attorney
WA Bar No. 43085
601 D. Street, NW
Washington, DC 20530
(202) 252-7776
Mindy.Deranek@usdoj.gov


*/s/ Adam Dreher*
ADAM DREHER
Michigan Bar No. P79246
Assistant United States Attorney
601 D. Street, NW
Washington, DC 20530
(202) 252-1706
Adam.Dreher@usdoj.gov