**FEDERAL DEFENDER PROGRAM, INC.**
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
SUITE 1500, CENTENNIAL TOWER
101 MARIETTA STREET, N.W.
ATLANTA, GEORGIA 30303

MILDRED GECKLER DUNN
INTERIM EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404-688-0768

June 14, 2024

<u>VIA ECF</u>

Courtroom Deputies
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

      Re:    Leave of Absence

Dear Courtroom Deputy:

      This letter is to notify the Court that I will be on parental leave during the dates listed below. These dates may change, depending on when the baby arrives and parental leave begins. I will inform the Court if these dates change or are substantially extended. I respectfully request that the Court not schedule any court appearances in the below-referenced matter for the following dates:

      July 8, 2024, through and including August 9, 2024 (parental leave)

      Your consideration is greatly appreciated.

      Respectfully Submitted,

      */s/ Ross Brockway*

      Ross Brockway
      Staff Attorney

cc:    Assistant United States Attorneys (via ECF)

## CASE LIST FOR ROSS BROCKWAY

United States v. Phillip Crawford                    Case No. 1:23-cr-00426-JEB