# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Criminal No.: 1:23-CR-00426-JEB |
| | : | |
| PHILLIP CRAWFORD, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## DEFENSE'S EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 100 | MPD Mustafa Ak's full body camera | | | |
| 100A | Clip of Mustafa Ak's body camera with edits (16:08:01 – 16:10:48) | X | x | |
| 101 | Surveillance 74 Camera | | | |
| 101A | Clip of surveillance 74 with edits (16:06:11 – 16:11:30) | X | x | |
| 102 | Split screen of Mustafa Ak's body camera and Surveillance 74 (16:08:45 – 16:10:46) | X | X | |
| 103 | MPD Henry Foulds' full body camera | | | |
| 103A | Clip of Henry Foulds' body camera with edits (16:11:00 – 16:11:18) | X | X | |
| 103B | Clip of Henry Foulds' body camera with edits (16:11:33 – 16:12:30) | x | x | |
| 104 | MPD Christopher Boyle's full body camera | | | |
| 104A | Clip of Christopher Boyle's body camera with edits (16:13:20 – 16:13:53) | x | x | |
| 105 | MPD Jason Mastony's full body camera | | | |
| 105A | Clip of Jason Mastony's fully body camera (16:12:00 – 16:12:29) | x | x | |
| 106 | "Rally Cry" Full Video (14m34s) | x | x | |
| 107 | Vertical Video of the Lawn and People in Front of the Capitol Building from Drew Coleman (Video Jan 06 2021, 15 08 46.mov) | | | |
| 108 | Closer Horizontal Video of the Lawn and People in Front of the Capitol Building from Drew Coleman (Video Jan 06 2021, 15 14 44.mov) | | | |
| 109 | Vertical Video of the being in the Crowd of People in Front of the Capitol Building from | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
|  | Drew Coleman (Video Jan 06 2021, 15 24 10.mov) |  |  |  |
| 110 | Open-Source Video of Crawford at High Vantage Point on Railing before Coming to Tunnel |  |  |  |
| 111 | Open-Source Video of Crawford Dropping and Climbing Forward Toward Tunnel |  |  |  |
| 201 | Demonstrative Diagram of Officers in the Lower West Terrace Tunnel |  |  |  |
| 202 | Screenshot of Exhibit 104A (Boyle): Police Shield Propped Up Against an Officer (16:13:30) | x | x |  |
| 203 | Screenshot of Exhibit 104A (Boyle): Gas Mask Hitting Police Shield (16:13:30) | x | x |  |
| 204 | Technical Datasheet for Gas Mask Cartridge by Scott Safety (3M) |  |  |  |
| 205 | 3M Gas Mask Instruction Information and Configuration Chart by National Institute for Occupational Safety and Health |  |  |  |
| 206A | Gas mask photo (1) |  |  |  |
| 206B | Gas mask photo (2) |  |  |  |
| 206C | Gas mask photo (3) |  |  |  |
| 206D | Gas mask photo (4) |  |  |  |
| 206E | Gas mask photo (5) |  |  |  |
| 206F | Gas mask photo (6) |  |  |  |
| 206G | Gas mask photo (7) |  |  |  |
| 206H | Gas mask photo (8) |  |  |  |
| 206I | Gas mask photo (9) |  |  |  |
| 206J | Gas mask photo (10) |  |  |  |
| 207 | USCP Use of Force Directive from 2016 |  |  |  |
| 208 | MPD Use of Force Policy from 2017 |  |  |  |
| 209 | MPD Use of Force Policy from 2023 |  |  |  |
| 210 | MPD Standard Operating Procedures for Handing First Amendment Assemblies and Mass Demonstrations |  |  |  |
| 211 | Group Photo from Drew Coleman (Photo Jan 06 2021, 08 37 34.jpg) | x | x |  |
| 212 | Photo of Capitol Street from Drew Coleman (Photo Jan 06 2021, 10 17 36.jpg) | x | x |  |
| 213 | Closer Photo of Capitol Street from Drew Coleman (Photo Jan 06 2021, 10 17 41.jpg) | x | x |  |
| 214 | Photo of Traveling Party on Washington Monument Lawn from Drew Coleman (Photo Jan 06 2021, 10 27 56.jpg) | x | x |  |
| 215 | Photo of Lincoln Memorial with Trump flag (Photo Jan 06 2021, 10 44 34.jpg) | x | x |  |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 216 | Photo of the US Capitol from across the Reflecting Pool from Drew Coleman (Photo Jan 06 2021, 16 31 48.jpg) | x | x | |
| 217 | Photo of Christopher Boyle's Body Armor (Jencks) | x | x | |
| 218 | Demonstrative Screenshot of Google Maps at the Capitol | x | x | |